# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00739-CV

**In re Ardell Nelson, Jr.**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Ardell Nelson, Jr., filed a *pro se* petition for writ of mandamus asking this Court to compel the Honorable Bob Perkins, presiding judge of the 331st Judicial District Court of Travis County, to act on his motions for forensic DNA testing and appointment of counsel. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2010); Tex. R. App. P. 52; *see also* Tex. Code Crim. Proc. Ann. art. 64.01 (West Supp. 2010). Since Nelson filed his petition, the trial court has ruled upon his motions. Because Nelson has received the relief requested in his mandamus petition, we dismiss the petition for writ of mandamus as moot. *See In re Luna*, 317 S.W.3d 484, 484 (Tex. App.—Amarillo 2010, orig. proceeding).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Henson

Dismissed as Moot

Filed:   December 29, 2011